UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DILENIA PAGUADA,<br>                            Plaintiff,<br><br>             -v-<br><br>LUCKY HAPPY LOVE, INC.,<br>                            Defendant. | 22-CV-1835 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: May 13, 2022
       New York, New York

                                              _____
                                                 J. PAUL OETKEN
                                           United States District Judge